KEVIN V. RYAN (CSBN 118321)
United States Attorney

EUMI L. CHOI (WVBN 0722)
Chief, Criminal Division

**E-filed 6/1/05**

MARK L. KROTOSKI (CSBN 138549)
Assistant United States Attorney

   150 Almaden Boulevard, Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5035
   Facsmile:   (408) 535-5066

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 05-00091-JF |
|    Plaintiff, ) | STIPULATION REGARDING CONTINUANCE OF STATUS CONFERENCE AND EXCLUDABLE TIME AND ORDER |
| v. ) | |
| ROMAN MEYDBRAY, ) | |
|    Defendant. ) | |

It is hereby stipulated and agreed between defendant Roman Meydbray, through his counsel Thomas J. Nolan, and the United States as follows:

The parties continue to discuss possible resolution in this case. The parties need additional time to discuss the issues in this case, which include two counts of Unlawful Access to Stored Communications, in violation of 18 U.S.C. §§ 2701(a)(1), 2701(b)(1); one count of Intentionally Causing Damage to a Computer, in violation of 18 U.S.C. §§ 1030(a)(5)(A)(i), 1030(a)(5)(B)(i), 1030(b) & 1030(c)(4)(A); and one count of Unauthorized Access To a Computer Recklessly Causing Damage, in violation of 18 U.S.C. §§ 1030(a)(5)(A)(ii), 1030(a)(5)(B)(i), 1030(b) & 1030(c)(4)(B). The parties request that the status conference be continued from June 1, 2005 to

STIPULATION REGARDING CONTINUANCE OF STATUS CONFERENCE AND EXCLUDABLE TIME AND
[PROPOSED] ORDER
CR 05-00091-JF

June 8, 2005 at 1:30 P.M. before the Honorable Jeremy Fogel, or the next available date.  The parties need time to review and consider a few remaining sentencing issues in this case, which need full consideration prior to the next status conference before the Court.  For these reasons, the defense requests additional time to review the evidence in this case before appearing for a status conference, and the parties request a continuance.

The parties stipulate and move the Court to exclude time under the Speedy Trial Act from June 1, 2005 to June 8, 2005, or next available date, because the parties believe that the ends of justice served by the granting of such a continuance outweigh the best interests of the public and the defendant in a speedy trial, particularly since reasonable time is needed for the defense to prepare for pretrial and trial matters, pursuant to 18 U.S.C. §§ 3161(h)(8)(A), 3161(h)(8)(B)(ii). In addition to discussing the issues in this case, the defense needs a reasonable amount of time to review the discovery and possible sentencing issues.  The parties further stipulate that time may be excluded for reasonable time for defense preparation, since the failure to exclude time would deny counsel for the defendant reasonable time necessary for effective preparation, taking into account the exercise of due diligence, pursuant to 18 U.S.C. §§ 3161(h)(8)(A), 3161(h)(8)(B)(iv).     So stipulated.

Dated: May __, 2005                                    KEVIN V. RYAN
                                                                         United States Attorney


                                                                         _____/s/_____
                                                                         MARK L. KROTOSKI
                                                                         Assistant United States Attorney

Dated: May __, 2005

                                                                         _____/s/_____
                                                                         THOMAS J. NOLAN, Jr.
                                                                         Attorney for Defendant Meng

# ORDER

Based upon the foregoing Stipulation and good cause appearing therefor,

**IT IS HEREBY ORDERED** that the status conference set for June 1, 2005 is continued to June 8, 2005 at 1:30 P.M. Additionally, the time between June 1, 2005 to June 8, 2005 shall be excluded from the computation period within which the trial must commence, for the reasons and based upon the statutory provisions set forth by the parties in this Stipulation, including that time is needed for effective defense preparation. The Court independently finds that the ends of justice outweigh the interests of the public and the parties in a speedier trial based upon the grounds set forth above.

DATED: May 31, 2005

/s/electronic signature authorized
JEREMY FOGEL
United States District Judge

Distribute to:

Thomas J. Nolan, Jr.
Nolan, Armstrong & Barton LLP
600 University Avenue
Palo Alto, CA 94301

Mark L. Krotoski
Assistant U.S. Attorney
Assistant United States Attorney
150 Almaden Boulevard, Suite 900
San Jose, CA 95113