1  KEVIN V. RYAN (CABN 118321)
   United States Attorney
2
   EUMI L. CHOI (WVBN 0722)
3  Chief, Criminal Division

4  MARK L. KROTOSKI (CASBN 138549)
   Assistant United States Attorney
5
   Attorney for Plaintiff
6  United States of America

7       150 Almaden Blvd., Suite 900
        San Jose, California  95113
8       Telephone: (408)  535-5035
        Facsimile:  (408) 535-5066
9

10              IN THE UNITED STATES DISTRICT COURT

11              FOR THE NORTHERN DISTRICT OF CALIFORNIA

12

13 UNITED STATES OF AMERICA,       )   No. CR 05-00091-JF
                                   )
14         Plaintiff,               )
                                   )   STIPULATION TO CONTINUE
15    v.                            )   SENTENCING HEARING
                                   )
16 ROMAN MEYDBRAY,                 )
                                   )
17         Defendant.               )
                                   )
18

19      The United States of America, by and through Assistant U.S. Attorney Mark L. Krotoski,

20 and defendant Anthony Daniel, by and through defense counsel Thomas J. Nolan, hereby

21 AGREE AND STIPULATE as follows:

22      1.   A sentencing hearing is presently set for November 9, 2005 at 9:00 a.m.

23      2.   The final presentence report was released on October 26, 2005.  Government

24 counsel, who was out of the office, first received the report on October 31, 2005 and requires

25 additional time to review the final report, as he will be out of the office the balance of the week

26 on other matters.  Additionally, government counsel has a pending conflict with the schedule

27
   CR 05-00091-JF
28 STIPULATION TO CONTINUE SENTENCING            1

1  sentencing hearing.

2       3.    For these reasons, the parties respectfully stipulate and request that this matter be
3  continued from November 30, 2005, at 9:00 a.m., or the next available date.  The probation
4  officer has been advised of this request and does not object to the continuance.

5       So Stipulated.

6  DATED: November 4, 2005        KEVIN V. RYAN
                                          United States Attorney

                                          /s/
                                          MARK L. KROTOSKI
                                          Assistant U.S. Attorney

                                          /s/
DATED: November 5, 2005
                                          THOMAS J. NOLAN
                                          Counsel for Defendant Roman Meydbray

## **ORDER**

In light of the parties' stipulation, and good cause appearing,

IT IS HEREBY ORDERED THAT the sentencing hearing set for November 9, 2005 at 9:00 a.m. be continued to November 30, 2005 at 9:00 p.m.

     IT IS SO ORDERED.

DATED: November  8, 2005        _selectronic signature authorized____
                                          HON. JEREMY FOGEL
                                          United States District Court Judge

1  Distribute to:

2  Mark L. Krotoski
   Assistant United States Attorney
3  105 Almaden Boulevard, Suite 900
   San Jose, California 95113
4  Phone: (408) 535-5035
   Fax: (408) 535-5066
5
   Thomas J. Nolan, Esq.
6  Nolan, Armstrong & Barton
   600 University Avenue
7  Palo Alto, CA 94301-2076

8  Andy Whitener
   U.S. Probation Officer
9  U.S. Probation Office
   280 South First Street
10 San Jose, CA 951133

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28