1

2

3    IN THE UNITED STATES DISTRICT COURT

4    FOR THE NORTHERN DISTRICT OF CALIFORNIA

5

6    UNITED STATES OF AMERICA,            )    NO. CR 05-00091 JF    **(PVT)**
                                          )
7                        Plaintiff,       )    [PROPOSED] ORDER TO RETURN
                                          )    PASSPORT
8    v.                                   )
                                          )
9    ROMAN MEYDBRAY,                      )
                                          )
10                       Defendant.       )
     _____ )

11

12

13   On November 30, 2005, the defendant Roman Meydbray was sentenced by this

14   court.

15   IT IS HEREBY ORDERED that Mr. Meydbray's passport shall be returned to him by

16   the Clerk of the Court.

17

18           IT IS SO ORDERED.

19

20   DATED:___5/26/06_____

21
                                          _____
22                                        United States District Court Judge
                                          Jeremy Fogel
23

24

25

26

27

28