**E-filed 6/8/06**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>v.<br><br>ROMAN MEYDBRAY,<br><br>               Defendant. | Case Number CR-05-00091-JF<br><br>ORDER GRANTING REQUEST FOR TRAVEL |

On June 6, 2006 this Court received a request from Defendant Roman Meydbray for travel to Cancun, Mexico. Having received no objection to this request, it is hereby granted. Mr. Meybdbray may travel to Cancun, Mexico from June 24, 2006 returning on July 2, 2006.

IT IS SO ORDERED.

DATED: _6/8/06_____

                                                        JEREMY FOGEL<br>
                                                        United States District Judge

1  Copies of Order served on:

2  Roman Meydbray
   4230 Payne Ave.
3  San Jose, CA 95117

4

5
   Office of US Probation
6  Noel Belton
   1301 Clay Street, Ste. 220
7  Oakland, CA 94612

8  Office of the US Attorney
   Mark Krotoski
9  150 Almaden Blvd., Ste. 900
   San Jose, CA 95113
10
   Nicole Ryan
11 Thomas Nolan
   600 University Ave.
12 Palo Alto, CA 94301

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

Case No. CR-05-00091-JF
ORDER GRANTING REQUEST FOR TRAVEL
(JFLC2)